■ PEOPLE v ROSA PEREZ. [617 NYS2d 640] —Motion to dismiss appeal because of appellant's death and remanding the matter to Supreme Court and to vacate the judgment of conviction and to dismiss the indictment is granted, as indicated. Concur —Murphy, P. J., Rosenberger, Wallach, Ross and Rubin, JJ.

■ PEOPLE v ROQUE MORILLO. [618 NYS2d 214] —Motion to have brief and response withdrawn and appeal taken off the calendar is granted in accordance with stipulation of the parties. This Court's unpublished order entered on August 18, 1994 (M-3704) is recalled and vacated. Concur—Murphy, P. J., Sullivan, Carro, Rosenberger and Ellerin, JJ.

■ PEOPLE v KEVIN DAVIS. [617 NYS2d 641] —Motion for clarification is granted and defendant is advised of the necessity for a blood test, as indicated. Concur—Murphy, P. J., Sullivan, Wallach and Ross, JJ.

■ ANNE-RENEE TESTA et al., Appellants, v JOHN RAVITZ et al., Respondents, and NEW YORK COUNTY COMMITTEE OF THE LIBERAL PARTY, Intervenor-Respondent. [618 NYS2d 214] —Judgment, Supreme Court, New York County (Martin Evans, J.), entered October 6, 1994, unanimously affirmed for the reasons stated by Evans, J., without costs and disbursements. We additionally note that there is no merit to petitioners' constitutional argument. *Sua sponte,* leave to appeal to the Court of Appeals is hereby granted. No opinion. Concur—Ellerin, J. P., Ross, Rubin and Nardelli, JJ.